CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for R&D

JUL 01 2013

JULIA C. DUDLEY, CLERK
BY: HMcDonald
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JOHN McKINNON,<br>    Plaintiff, | )<br>)<br>) | Civil Action No. 7:13-cv-00243 |
| v. | )<br>) | **MEMORANDUM OPINION** |
| | )<br>) | By:   Jackson L. Kiser |
| RANDALL MATHENA,<br>    Defendant(s). | )<br>) | Senior United States District Judge |

John McKinnon, proceeding pro se, filed a civil rights complaint, pursuant to 42 U.S.C. § 1983. By Order entered June 3, 2013, the court directed plaintiff to submit within 10 days from the date of the Order the required paperwork set forth in the Order. Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

More than 20 days have elapsed, and plaintiff has failed to comply with the described conditions. Accordingly, the court dismisses the action without prejudice and strikes the case from the active docket of the court. Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

ENTER: This \_\_1st\_\_ day of July, 2013.

/s/ Jackson L. Kiser
Senior United States District Judge