CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

JUL 0 1 2013

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JOHN McKINNON, )<br>    Plaintiff, ) | Civil Action No. 7:13-cv-00243 |
| ) | |
| v. ) | **DISMISSAL ORDER** |
| ) | |
| RANDALL MATHENA, ) | By:  Jackson L. Kiser |
|     Defendant(s). ) |        Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

ORDERED

that this action is **DISMISSED without prejudice** for plaintiff's failure to comply and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 1st day of July, 2013.

                                     Senior United States District Judge